IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

        Plaintiff,

-vs-                                                                         Criminal Action No.
                                                                         22-00178-01-CR-W-RK

DERIC A. CANADY,

        Defendant.

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGE**: Felon in Possession of a Firearm *in violation of* 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

**TRIAL COUNSEL**:
        Government: Bradley Kavanaugh
            Case Agent: Aaron Wright, ATF
        Defense: Travis Poindexter

**OUTSTANDING MOTIONS**: None

**ANTICIPATED MOTIONS**:
        Government: None
        Defense: Motions in limine

**TRIAL WITNESSES**:
        Government: 5 with stipulations; 10 without stipulations
        Defense: 3 witnesses, including Defendant who     ( ) will
                                                                      ( x ) may
                                                                      ( ) will not testify

**TRIAL EXHIBITS**:
        Government: 15-20 exhibits
        Defense: 5 exhibits

**DEFENSES**:
        ( )    defense of general denial
        ( x )  defenses of general denial and a legal defense that the Government can not prove
                    Defendant's prior conviction

**POSSIBLE DISPOSITION**:
        ( ) Definitely for trial                       ( ) Possibly for trial

( ) Motion to continue to be filed         ( x ) Change of plea anticipated

**TRIAL TIME**: **2.5 days**
    Government's case including jury selection: 2 days
    Defense case: .5 days

**STIPULATIONS**:
    ( )   not likely
    ( )   not appropriate
    ( )   possible as to:
          ( )   chain of custody
          ( )   chemist's reports
          ( x )   prior felony conviction
          ( x )   interstate nexus of firearm
          ( )   other: _____

**UNUSUAL QUESTIONS OF LAW**: None

**FILING DEADLINES: 3/4/2024**

    **Witness and Exhibit Lists**: 3/4/2024
    Government: 3/4/2024
    Defense: 3/4/2024
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions**: 3/4/2024
    **Jury instructions must comply with Local Rule 51.1**

    **Motions in Limine**: 3/4/2024

**TRIAL SETTING**: Criminal jury trial docket commencing 3/18/2024
    **Please note**: *Any conflicting settings on trial docket?* None

**OTHER**:
    ( )   A _____-speaking interpreter is required.
    ( )   Other assistive devices: _____

    **IT IS SO ORDERED.**

                                                    */s/ Jill A. Morris*
                                                    JILL A. MORRIS
                                                    United States Magistrate Judge